DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER G. WALKER,**
Appellant,

v.

**WARDEN, SOUTH BAY CORRECTIONAL FACILITY,**
Appellee.

No. 4D19-1446

[March 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2019-CA-004022-XXXX-MB.

Christopher G. Walker, South Bay, pro se.

Daniel R. Burke, Assistant General Counsel, Department of Corrections, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*